NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INMUSIC BRANDS, INC.,**

*Plaintiff-Appellant*

v.

**SONY CORPORATION OF AMERICA,**

*Defendant-Appellee*

---

2023-1771

---

Appeal from the United States District Court for the Southern District of New York in No. 1:22-cv-06602-AKH, Judge Alvin K. Hellerstein.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    INMUSIC BRANDS, INC. V. SONY CORPORATION OF AMERICA

(2)  Each side shall bear their own costs.


FOR THE COURT


July 31, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** July 31, 2024